## 10825.   PACELEY v. THE STATE.

BLOODWORTH, J.  1. "Under repeated rulings of this court and of the Supreme Court, a ground of a motion for a new trial must be complete in itself. When it is so incomplete as to require this court to refer to the pleadings or to the brief of evidence, it will not be considered. *Bridges* v. *Griffin,* 20 *Ga. App.* 598 (2), 599 (93 S. E. 170). See also *Copeland* v. *Ruff,* 20 *Ga. App.* 217 (2) (92 S. E. 955); *Head* v. *State,* 144 *Ga.* 383 (87 S. E. 273); *Smiley* v. *Smiley,* 144 *Ga.* 546 (2) (87 S. E. 668)." *Cæsar* v. *State,* 22 *Ga. App.* 796 (97 S. E. 255). Under the rulings in the cases cited, neither of the two special grounds of the motion for new trial in this case can be considered by this court.

2. There is ample evidence to support the verdict.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED NOVEMBER 4, 1919.

Indictment for manufacture of intoxicating liquor; from Dooly superior court—Judge Gower. July 19, 1919.

*Powell & Lumsden,* for plaintiff in error.

*J. B. Wall, solicitor-general,* contra.

---

## 10839.   JOYCE v. THE STATE.

LUKE, J.  1. A new trial will not be granted because of alleged improper remarks made by counsel, when it does not distinctly appear from the record that the remarks were heard by the court, and when no objection was made by the opposite party and no action of the court invoked in reference to the remarks. *Odell* v. *State,* 120 *Ga.* 152 (47 S. E. 577), and cases cited.

2. The 2d special ground of the motion for a new trial is disapproved by the trial judge; and no error in the trial of the case is shown by the other special grounds of the motion.

3. The evidence amply authorized the defendant's conviction of bigamy, and the trial judge, approving the verdict, properly overruled the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED NOVEMBER 4, 1919.

Indictment for bigamy; from DeKalb superior court—Judge Smith. July 26, 1919.

*Ernest G. Bentley, Walter A. Sims,* for plaintiff in error.

*George M. Napier, solicitor-general,* contra.